UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JOHN LOREN,

    Plaintiff,

v.

Case No. 1:24-cv-592

Hon. Ray Kent

SUZANNE GROFF, BRANDI AVERY,
and, MICHAEL TRAVIS,

    Defendants.

_____/

**ORDER LIFTING STAY AND RE-OPENING CASE**

The Court stayed and administratively closed this case on February 6, 2025.  *See* Order (ECF No. 35).  At that time, all pending motions were terminated without decision.

The stay in this case is **LIFTED** and this case is **RE-OPENED**.

An amended case management order will issue.

**IT IS SO ORDERED**.

Dated:  May 29,2025

/s/ Ray Kent
RAY KENT
United States Magistrate Judge