UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EDWARD JOHN LOREN,

Plaintiff,

v.

SUZANNE GROFF et al.,

Defendants.

Case No. 1:24-cv-592

Honorable Ray Kent

# JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants is **DISMISSED WITH PREJUDICE**.

Dated: October 9, 2026

/s/ Ray Kent
Ray Kent
United States Magistrate Judge